UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LARRY SAVAGE | : | |
| Plaintiff | : | |
| v. | : | Civil Action No. 08-00975 (EGS) |
| DISTRICT OF COLUMBIA | : | |
| Defendant | : | |

### DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO COMPLAINT

Pursuant to Fed.R.Civ.P. 6(b), defendant District of Columbia moves for an extension of time, up to and including July 21, 2008, to respond to the complaint in this matter. The grounds for this motion are more fully set forth in the attached memorandum of points and authorities.

Pursuant to Local Rule 7(m), undersigned counsel has spoken with counsel for plaintiff who agrees to the relief requested herein.

Dated: July 3, 2008

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

*/s/ Toni Michelle Jackson*
TONI MICHELLE JACKSON [453765]
Chief, General Litigation Section III

*/s/ Sarah L. Knapp*
SARAH L. KNAPP [470008]
Assistant Attorney General
441 Fourth Street, N.W., 6th Floor
Washington, D.C. 20001

(202) 724- 6528
(202) 727-3625 (fax)
Email:  sarah.knapp@dc.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of July 2008, I caused the foregoing DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO COMPLAINT with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

John E. Carpenter, Esq.
Counsel for Plaintiff

                                                      /s/
                                    SARAH L. KNAPP
                                    Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LARRY SAVAGE | : | |
| Plaintiff | : | |
| v. | : | Civil Action No. 08-00975 (EGS) |
| DISTRICT OF COLUMBIA | : | |
| Defendant | : | |

MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO COMPLAINT

Pursuant to Fed.R.Civ.P. 6(b), defendant District of Columbia moves for an extension of time, up to and including July 21, 2008, to respond to the complaint in this matter. In support, defendant states as follows:

1. The District of Columbia's response to the complaint in this matter is due on July 7, 2008.

2. Defendant requests a two week extension to respond to the complaint.

3. Plaintiff agrees to this short extension.

4. There have been no other requests for additional time in this matter.

5. The Court has not set any dates in this matter.

6. Thus, granting this short extension will not prejudice any party or inconvenience the Court.

WHEREFORE, defendant District of Columbia requests that this Court grant this Consent Motion for an Extension of Time to Respond to Complaint.

Dated:  July 3, 2008.

        Respectfully submitted,

        PETER J. NICKLES
        Interim Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        */s/ Toni Michelle Jackson*
        TONI MICHELLE JACKSON [453765]
        Interim Chief, General Litigation Section III

        */s/ Sarah L. Knapp*
        SARAH L. KNAPP [470008]
        Assistant Attorney General
        441 Fourth Street, N.W., 6th Floor
        Washington, D.C. 20001
        (202) 724-6528
        (202) 727-3625 (fax)
        Email:  sarah.knapp@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LARRY SAVAGE | : | |
| Plaintiff | : | |
| v. | : | Civil Action No. 08-00975 (EGS) |
| DISTRICT OF COLUMBIA | : | |
| Defendant | : | |

## **ORDER**

Upon consideration of the District of Columbia's Consent Motion for an Extension of Time to Respond to Complaint and the entire record herein, it is this _____ day of July 2008;

**ORDERED** that the District of Columbia's Motion is **GRANTED**; and it is

**FURTHER ORDERED** that the District of Columbia shall file a response to the plaintiff's complaint on or before July 21, 2008.

_____
EMMET G. SULLIVAN
US DISTRICT COURT JUDGE